# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00039-CV

### In re Navy Federal Credit Union

### ORIGINAL PROCEEDING FROM MILAM COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Navy Federal Credit Union filed a petition for writ of mandamus and motion for emergency temporary relief. We granted the motion, temporarily stayed the trial court's order of January 4, 2024, and requested a response. Having reviewed the petition, the record provided, and the response, we deny the petition for writ of mandamus and lift this Court's temporary stay of the trial court's order. *See* Tex. R. App. P. 52.8(a), 52.10(b).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: February 23, 2024